AO 442 (Rev. 11/11) Arrest Warrant                                                            9885566

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

2018 OCT -5 PM 3: 46

**FILED**
Jun 08, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
v.                       )
Aleksandr Maslov         )   Case No. 2: 14-cr-00083-DJC-3
                         )
                         )
                         )
*Defendant*              )

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Aleksandr Maslov

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18:3148(b) - Violation of Pretrial Release Conditions

Date:   10/05/2018

                                                                    *K. [signature]*
                                                                    *Issuing officer's signature*

City and state:   Sacramento, CA                                    K. Zignago, Deputy Clerk
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/5/18, and the person was arrested on *(date)* 7/19/2019
at *(city and state)* Fairmont, WV

Date: 7/19/2019

                                                                    For FBI [signature]
                                                                    *Arresting officer's signature*

                                                                    SDISM VMU
                                                                    *Printed name and title*