|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 28 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>ALEKSANDR MASLOV,<br><br>        Defendant-Appellant. | No.   22-10074<br><br>D.C. No. 2:14-cr-00083-JAM-3<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: BADE, LEE, and VANDYKE, Circuit Judges.

The parties' joint motion (Docket Entry No. 17) to vacate and remand for resentencing is granted. In light of *United States v. Kirilyuk*, 29 F.4th 1128, 1137-39 (9th Cir. 2022), which was decided after appellant was sentenced, we vacate the judgment and remand for resentencing on an open record. *See id.* at 1141.

The mandate will issue forthwith.

**VACATED and REMANDED for resentencing.**