THE LAW OFFICE OF OLAF W. HEDBERG
901 H St., Suite 301, Sacramento CA, 95814
Phone (916) 447-1192
ohedberg@yahoo.com

MEMORANDUM

TO: Mr. Gabriel Michel, Clerk to Hon. Daniel J. Calabretta
FROM: Olaf W. Hedberg
DATE: January 3, 2024
RE: *US v Kirilyuk* 14-83 DJC

---

Having communicated with AUSA Heiko Coppola, DPO Julie Besabe and you the parties respectfully request the Court continue the January 11, 2024 Status of Sentencing until February 15, 2024 for Status of Sentencing. Defendant is requesting a continuance of this Status of Sentencing because Mr. Kirilyuk is awaiting a surgical procedure and has a recovery timeline that is not certain. The US Attorney and Probation Officer do not object.