**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
ROUSLAN AKHMEROV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083-DJC-2 |
| Plaintiff, | |
| v. | **ORDER RE: MOTION TO TERMINATE SUPERVISION** |
| **ROUSLAN AKHMEROV,** | **[18 USC § 3583(e)(1)]** |
| Defendant. | |

Pursuant to 18 U.S.C. § 3583(e), Rouslan Akhmerov's term of supervised released is hereby ordered terminated.  Early termination is warranted based on the defendant's good conduct and is in the interests of justice for the reasons set forth in his Notice of Motion and Motion to Terminate Supervision.


Dated:  March 12, 2024                         /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE

1